IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 DEC 21 A 8: 15
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| TONY CARTER GREEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 106-164 |
| ) | |
| DANNY THOMPSON, Warden, and ) | |
| WILLIAM TERRY, ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, (1) Petitioner's IFP motion is **DENIED** as **MOOT**, (2) this case is **DISMISSED**, and (3) this civil action shall be **CLOSED**.

SO ORDERED this 21st day of December, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE